UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JERRY CANKAT,                                               JUDGMENT
                                                                           16-CV- 1686 (NGG)

                              Plaintiff,

       -against-

STELLA'S RESTAURANT CORP., d.b.a. GYRO
UNO, and ARGMAR LLC,

                              Defendants.
--------------------------------------------------------------X

                An Order of Honorable Nicholas G. Garaufis, United States District Judge, having

been filed on November 8, 2016, adopting the Report and Recommendation of Magistrate Judge

Cheryl L. Pollak, dated September 21, 2016; and dismissing the action with prejudice; it is

                ORDERED and ADJUDGED that the action is dismissed with prejudice.

Dated: Brooklyn, New York                                       Douglas C. Palmer
          November 08, 2016                                         Clerk of Court

                                                           by:     */s/ Janet Hamilton*
                                                                            Deputy Clerk